**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **SENAIT GEBREGIORGIS,** *as next friend of* **B.A.,** **Petitioner,** | : | |
| **v.** | : | **Case No. 4:26-cv-1236-CDL-CHW** **28 U.S.C. § 2241** |
| **Warden, STEWART DETENTION CENTER,** ***et al.*****,** **Respondents.** | : | |

**ORDER**

On September 30, 2026, Senait Gebregiorgis filed an application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. 1) on behalf of Petitioner B.A. in the United States District Court for the Middle District of Georgia. The petition is signed only by Ms. Gebregiorgis who says that she filed the petition as Petitioner's "next friend." *See* (Doc. 1, p. 15; Doc. 1-2, p. 45-46)).

Someone acting as "next friend" may file a habeas petition on behalf of a person unable to seek relief himself. *Francis v. Warden*, FCC Coleman-USP, 246 F. App'x 621, 622 (11th Cir. 2007) (citing *Ford v. Haley*, 195 F.3d 603, 624 (11th Cir. 1999)); *see also* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."). To show standing, the next friend must "provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action." *Francis*, 246 F. App'x at 622 (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990)).

Ms. Gebregiorgis generally suggests that B.A.'s detention restricts access to legal resources and other documentary evidence needed to seek relief. *See, e.g.*, (Doc. 1, p. 14). The Court regularly receives signed *pro se* applications from detainees at Stewart Detention Center. Ms. Gebregiorgis does not provide an explanation of why Petitioner's circumstances differentiate him from the other detainees at Stewart Detention Center. As such, in order for this matter to proceed, Ms. Gebregiorgis must either provide additional information for why she should be allowed to proceed as next friend for Petitioner, or the Court must receive an application for habeas relief signed by Petitioner personally. The Clerk is **DIRECTED** to provide the appropriate standard habeas form for this purpose and to mail a copy of this Order and standard habeas form to both Ms. Gebregiorgis and to Petitioner. Petitioner shall have twenty-one (21) days to comply with this order. Failure to comply may result in dismissal of this action.

**SO ORDERED**, this 5th day of October, 2026.

s/ Charles H. Weigle__________
Charles H. Weigle
United States Magistrate Judge